# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA CHARMAINE HOWELL,<br><br>Petitioner,<br><br>v.<br><br>CHRISTINA HORNBEAK, Warden,<br><br>Respondent. | Case No. CV 10-2133-PSG (JEM)<br><br>**JUDGMENT** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and dismissed with prejudice.

DATED:   August 23, 2010

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE